NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,**

*Appellant*

**v.**

**SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC, GAMELOFT, S.A.,**

*Appellees*

---

2017-1282

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01364.

---

**JUDGMENT**

---

THOMAS K. LANDRY, Carey Rodriguez Milian Gonya, LLP, Washington, DC, argued for appellant. Also represented by JOHN C. CAREY, Miami, FL.

ABRAN J. KEAN, Erise IP, Greenwood Village, CO, argued for appellees. Also represented by ERIC ALLAN BURESH, Overland Park, KS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* CLEVENGER and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |